# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

**Case No. 05-CR-240**

  -vs-

**ISRAEL S. MORENO,**

        Defendant.

## ORDER

A stipulation has been reached between the parties in the above-captioned case that the defendant, Israel S. Moreno ("Moreno"), be designated by the Bureau of Prisons to a federal facility pursuant to a judgment entered by U.S. District Judge William C. Griesbach in Case No. 05-CR-88. Because the parties are asking for the implementation of a judgment issued by Judge Griesbach, Judge Griesbach's Court is the proper place to present this stipulation.

Dated at Milwaukee, Wisconsin, this 14th day of December, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**